UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JUAN CASTILLO,

                        Plaintiff,

-against-

THE CITY OF NEW YORK; NYC POLICE DEPARTMENT;
POLICE OFFICER PICHARDO (Shield # 04287), POLICE
OFFICER JOHN DOE #1, POLICE OFFICER JOHN DOE #2,
and POLICE OFFICER JOHN DOE #3,

                        Defendants.
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 CV 02915 (LAP)

      **PLEASE TAKE NOTICE** that **CRAIG HANLON**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective April 27, 2008.

Dated: New York, New York
       April 7, 2008

                                    MICHAEL A. CARDOZO
                                    Corporation Counsel, City of New York
                                    Attorney for Defendant City of New York
                                    100 Church Street, Room 3-198
                                    New York, New York 10007
                                    (212) 788-1580

                                By: _____
                                   Craig Hanlon (CH 5679)
                                    Assistant Corporation Counsel
                                    Special Federal Litigation Division

CC:    David Segal, Esq. (VIA ECF and FAX)
         Attorney for Plaintiff
         30 Vesey Street, Room 900
         New York, NY 10007

Index No. 08 CV 02915 (LAP)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JUAN CASTILLO,<br><br>                                                          Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK; NYC POLICE DEPARTMENT; POLICE OFFICER PICHARDO (Shield # 04287), POLICE OFFICER JOHN DOE #1, POLICE OFFICER JOHN DOE #2, and POLICE OFFICER JOHN DOE #3,<br><br>                                                          Defendants. |
| **NOTICE OF APPEARANCE** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendant City of New York*<br><br>*100 Church Street*<br>*New York, N.Y. 10007*<br>*Of Counsel: Craig Hanlon*<br><br>*Tel: (212) 788-1580*<br>*NYCLIS No.* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y. ................................................,2008*<br><br>*................................................................. Esq.*<br><br>*Attorney for City of New York* |