UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JUAN CASTILLO,

                               Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER PICHARDO, SH # 04287, POLICE OFFICER JOHN DOE #, POLICE OFFICER JOHN DOE #2 AND POLICE OFFICER JOHN DOE #3,

                               Defendants.

**NOTICE OF APPEARANCE**

08 Civ. 2915 (LAP)

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and New York City Police Department and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:     New York, New York
             May 12, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                        City of New York
                                      *Attorney for Defendants City of New York and New York City Police Department*
                                      100 Church Street
                                       New York, New York 10007
                                       (212) 788-0786

                                 By: _____/s/_____
                                      Michael K. Gertzer

TO:    David Segal, Esq. (by ECF)