UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JUAN CASTILLO,

                                                    Plaintiff,      **NOTICE OF MOTION**

                          -against-               08 Civ 2915 (LAP)

THE CITY OF NEW YORK, NYC POLICE
DEPARTMENT, POLICE OFFICER PICHARDO SH
#04287, POLICE OFFICER JOHN DOE #1, POLICE
OFFICER JOHN DOE #2, AND POLICE OFFICER
JOHN DOE #3,

                                          Defendants.

------------------------------------------------------------------------ x

      **PLEASE TAKE NOTICE** that upon the Declaration of Michael K. Gertzer and

the exhibits annexed thereto, the Memorandum of Law dated June 16, 2008, and upon all prior

pleadings and proceedings had herein, defendants City of New York and New York City Police

Department will, in lieu of an answer to the complaint, move this Court, before the Honorable

Loretta A. Preska, United States District Judge, at the United States Courthouse for the Southern

District of New York, located at 500 Pearl Street, New York, New York 10007, on a date

directed by the Court, for a order dismissing the plaintiff's complaint pursuant to Federal Rule of

Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE**, that plaintiffs are to serve their opposition papers on the undersigned on or before July 7, 2008; defendants to serve their reply on or before July 14, 2008.

Dated: New York, New York
      June 16, 2008

                    MICHAEL CARDOZO
                    Corporation Counsel of the
                      City of New York
                    Attorney for Defendants City of New York and
                    New York City Police Department
                    100 Church Street, Room 3-190
                    New York, New York  10007
                    (212) 788-0786

              By: _____
                    Michael K. Gertzer
                    Assistant Corporation Counsel